# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M. (a minor, by and through her parent and guardian ad litem, Brenda Markham),<br><br>             Plaintiff,<br><br>    v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>             Defendants. | Case No.: 1:15-cv-01835 LJO JLT<br><br>ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE THE FIRST AMENDED COMPLAINT TO DELETE MS. RICHTER AS A DEFENDANT<br><br>(Doc. 13-1) |

      The parties have stipulated to allow Plaintiff to file a first amended complaint that deletes Heather Richter as a party. (Doc. 13-1) The Court **GRANTS** the stipulation. The answer filed on January 4, 2016 (Doc. 6) is DEEMED responsive to the first amended complaint (Doc. 14).

IT IS SO ORDERED.

Dated: **March 9, 2016**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE