UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M.,<br><br>          Plaintiff,<br><br>     v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT,<br><br>          Defendant. | Case No.: 1:15-cv-01835 LJO JLT<br><br>ORDER GRANTING IN PART REQUEST FOR AN EXTENSION OF TIME TO FILE BRIEFS<br><br>(Doc. 27) |

In this action, the child seeks review of an administrative decision unfavorable to his/her position related to his IDEA claims. The Court set deadlines by which the opening, opposing and reply briefs were due and set the date for the hearing on the briefs. (Doc. 11)  However, due to circumstances out of control of Plaintiff's counsel, the child is not prepared to file the opening brief. (Doc. 27)  The child seeks an extension of time to August 10, 2016. Id. at 2.  No party opposes the request but requests that the Court set a further scheduling conference to re-set the balance of the case deadlines. Id.  However, there is no showing why extending the deadlines regarding the briefs on the administrative record requires the Court to amend the remaining case deadlines.  Thus, the Court **ORDERS**:

   1.   The request to continue the deadlines to file the briefs related to the administrative record is **GRANTED**.  The briefs are now due as follows:

          a.   The opening brief is due 8/10/16;

1

        b.      The opposing brief is due 9/9/16;

        c.      The reply brief is due 9/23/16;

2.    The hearing on the briefs us set on 11/15/16 at 8:30

3.    The request to set a further scheduling conference to re-set the remaining case deadlines is **DENIED**.

**No other amendments to the case schedule are authorized and no further amendments are contemplated.**

IT IS SO ORDERED.

    Dated:   **June 6, 2016**                      **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE