Law Office of Andréa Marcus
A Professional Corporation
Andréa Marcus (SBN 188098)
133 East De La Guerra St., #143
Santa Barbara, CA 93101
Telephone: (888) 215-9021
Fax: (888) 215-9021
andreamarcus@gmail.com
Attorney for Plaintiff K. Markham

Arnold Anchordoquy, Esq.
Clifford & Brown
A430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
Telephone: (661) 322-6023 x105
Facsimile: (661) 322 3508
Email: aanchordoquy@clifford-brownlaw.com

Attorney for Defendants Tehachapi Unified School District and Kathleen Siciliani & Heather Richter

Schools Legal Service
Darren Bogié (SBN 183773)
Lead Counsel to be Served
Kyle W. Holmes (SBN 288300)
Counsel to be Noticed
1300 17th Street, Seventh Floor (93301)
P.O. Box 2445
Bakersfield, CA 93303
Telephone: (661) 636-4830
Email: sls@kern.org
Attorney for Defendant, Tehachapi Unified School District

///

///

///

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

|   |   |
|---|---|
| K.M. (a minor, by and through her parent and guardian ad litem, BRENDA MARKHAM)<br><br>Plaintiffs,<br>v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, AND KATHLEEN SICILIANI<br><br>Defendants. | Case No.: 1:15-CV-01835-LJO-JLT<br><br>**STIPULATION TO CONTINUE TRIAL** |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Defendant TEHACHAPI UNIFIED SCHOOL DISTRICT and KATHLEEN SICILIANI ("Defendants") and Plaintiff, K.M. (A minor, by and through her parent and Guardian ad Litem, BRENDA MARKHAM) ("Plaintiff"), as follows:

1. In light of the pending appeal of the Plaintiff's IDEA claims in the 9th Circuit Court of Appeals, the parties hereby stipulate to continuing trial currently set for April 24, 2018 at 8:30 AM to November 27, 2018, the time of day to be determined by the Court.

Respectfully submitted,

Law Office of Andréa Marcus

_____/S/_____
By: Andréa Marcus, Attorney for Plaintiff
Schools Legal Service

_____/S/_____
By: Darren Bogié
Attorney for Defendant Tehachapi Unified School District

Clifford & Brown


_____/S/_____
By: Arnold Anchordoquy.
Attorney for Defendant Kathleen Siciliani

IT IS SO ORDERED.

Dated: **January 25, 2018**      /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE