# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M., <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No.: 1:15-cv-01835 LJO JLT <br><br> ORDER GRANTING STIPULATION TO CONTINUE THE TRIAL DATE <br><br> (Doc. 63) |

Currently, one of the issues decided in this case is being considered by the Ninth Circuit Court of Appeals and oral argument is scheduled for October 12, 2018. (Doc. 63) Thus, the parties seek to continue the trial date related to the remaining issues. Id. Good cause appearing, the Court **ORDERS**:

1. The pretrial conference is **CONTINUED** to March 14, 2019 at 8:30 a.m. in courtroom 4,

2. The trial date is **CONTINUED** to May 14, 2019 at 8:30 a.m. in courtroom 4

IT IS SO ORDERED.

Dated: **September 12, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE