# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M., <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No.: 1:17-cv-01431 LJO JLT <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT THE MINOR'S COMPROMISE <br><br> (Doc. 47) |
| BRENDA MARKHAM, <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No.: 1:15-cv-01835 LJO JLT <br><br> (Doc. 69) |
| BRENDA MARKHAM, <br><br> Plaintiff, <br><br> v. <br><br> TEHACHAPI UNIFIED SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No.: 1:18-cv-00303 LJO JLT <br><br> (Doc. 22) |

|   |   |   |
|---|---|---|
| 1 | TEHACHAPI UNIFIED SCHOOL DISTRICT | Case No.: 1:16-cv-01942 LJO JLT |
| 2 | Plaintiff, | (Doc. 53) |
| 3 | v. | |
| 4 | K.M., | |
| 5 | Defendant. | |

In the first-captioned action listed above, K.M., through her guardian ad litem/mother seek damages from under the Individuals with Disabilities Education Act, the Americans with Disabilities Act, the Rehabilitation Act, and the Unruh Act for being denied a free appropriate public education. In addition, the parties also have been in litigation in other cases, including, Markham v. Tehachapi Unified School District, Case No.: 1:15-cv-01835 LJO JLT, Markham v. Tehachapi Unified School District, Case No.: 1:18-cv-00303 LJO JLT and Markham v. Tehachapi Unified School District v. Markham, Case No.: 1:16-cv-01942 LJO JLT.[1] The parties have settled all of these actions, pending approval of this Court of the minor's compromise.

On February 28, 2019, Magistrate Judge Jennifer L. Thurston entered findings and recommendations ("F&Rs"), recommending that the global settlement/minor's compromise be approved, reasoning that the settlement provides the child significant benefit and services that seem to best serve her needs. Doc. 47.

All parties in all cases listed above were provided an opportunity to file objections to the F&Rs within 14 days. *Id.* at 8; Local Rule 304. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the F&Rs to be supported by the record and proper analysis.

Accordingly, the petition to approve settlement of the minor's claims is **GRANTED** and the settlement is **APPROVED IN FULL.**

---

[1] As was the practice employed in the F&Rs themselves, for ease of drafting, the docket references in this order are only to K.M. v. Tehachapi Unified School District, Case No.: 1;17-cv-01431 LJO JLT, the case in which the original petition for approval of the minor's compromise was filed.

The Parties are **DIRECTED** to file with the Court a stipulation for dismissal of the action with prejudice, and lodge a separate order, pursuant to the schedule set forth in the F&Rs.

IT IS SO ORDERED.

Dated: **April 11, 2019**       /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE