# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M.,<br><br>    Plaintiff,<br><br>    v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01431 LJO JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO COMPLY WITH THE COURT'S ORDER TO FILE DISMISSAL DOCUMENTS |
| BRENDA MARKHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01835 LJO JLT |
| BRENDA MARKHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants.<br>TEHACHAPI UNIFIED SCHOOL DISTRICT | Case No.: 1:18-cv-00303 LJO JLT |

| | |
|---|---|
| Plaintiff, | Case No.: 1:16-cv-01942 LJO JLT |
| v. | |
| K.M., | |
| Defendant. | |

The Court adopted the findings and recommendation to grant the petition for the minor's compromise. (Doc. 48[1]) In doing so, the Court ordered the parties "file with the Court a stipulation for dismissal of the action with prejudice, and lodge a separate order, pursuant to the schedule set forth in the F&Rs." Id. at 3. The findings and recommendation required this to occur within 45 days after the Court adopted them. (Doc. 47 at 9[2]) Despite the expiration of the 45-day period, the parties have failed to comply. Therefore, the Court **ORDERS**:

1. **Within 14 days**, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's order to file the stipulated dismissal and to lodge a separate order. Alternatively, within 14 days, they may file/lodge the overdue documents.

IT IS SO ORDERED.

Dated: __June 13, 2019__        __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE

---

[1] In case number 1:15-cv-01835 LJO JLT, the docket number is 71. In case number 1:18-cv-00303 LJO JLT it is Doc. 24 and in case number 1:16-cv-01942 LJO JLT it is 54.
[2] In case number 1:15-cv-01835 LJO JLT, the docket number is 69. In case number 1:18-cv-00303 LJO JLT it is Doc. 22 and in case number 1:16-cv-01942 LJO JLT it is 53.