**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| K.M.,<br><br>    Plaintiff,<br><br>    v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-01431 LJO JLT<br><br>ORDER AFTER HEARING ON ORDER TO APPEAR |
| BRENDA MARKHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01835 LJO JLT |
| BRENDA MARKHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No.: 1:18-cv-00303 LJO JLT |

| | |
|---|---|
| TEHACHAPI UNIFIED SCHOOL DISTRICT<br><br>    Plaintiff,<br><br>    v.<br><br>K.M.,<br><br>    Defendant. | Case No.: 1:16-cv-01942 LJO JLT |

The Court held a hearing on its "order to appear" issued to the school district defendants. (Doc. 74[1]) At the hearing, it was evident that, though the parties have settled the cases, they continue to have disputes over the implementation of the settlement.[2] At the hearing, the parties agreed they would engage in mediation with retired Magistrate Judge Stephen Larson to iron out all of the details. The mediation is not to re-open the terms set forth in their written settlement agreement, but to determine on the implementing details. The goal is to develop a document that could be "administratively amended" to the child's EOP, such to constitute the offer of the FAPE. Therefore, the Court **ORDERS**:

1. **<u>Immediately</u>**, Mr. DeMaria will contact Judge Larson to set up the mediation. If humanly possible, the mediation should be completed before the child returns to school on August 14, 2019;

2. **<u>No later than July 12, 2019</u>**, the parties SHALL file the stipulated dismissal for each action. Mr. DeMaria will draft the stipulated dismissal for case number 1:17-cv-01431 LJO JLT. Ms. Virrey Gutcher will draft the stipulated dismissal for the remaining cases. The stipulated dismissals should request the Court to retain jurisdiction to enforce the settlement if any party wishes it to do so. Only if all of the parties agree that they do not wish the Court to retain jurisdiction, should the dismissals not request this;

///

///

---

[1] In case number 1:17-cv-01431 LJO JLT, the docket number is 51. In case number 1:18-cv-00303 LJO JLT it is Doc. 27 and in case number 1:16-cv-01942 LJO JLT it is 57.

[2] Ms. Marcus indicated there were disputes as to other, unrelated cases involving this school district. In particular, she reported that she had not been paid fees she had been awarded by this Court and by the Ninth Circuit for various stated reasons including that the school board needed to take action. The Court declines to consider any other case not currently noticed for hearing but observes that payment of court-ordered fees should require only the ministerial action of writing the check.

3. The order to appear and order to show cause as to all parties are **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**July 8, 2019**__   __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE