# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MARKHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>TEHACHAPI UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No.: 1:15-cv-01835 LJO JLT<br><br>ORDER CLOSING THE ACTION<br><br>(Doc. 80) |

The parties have stipulated to dismiss the action with fees and costs to be paid consistent with the arbitrator's decision and the Court allowing no further fees or costs. (Doc. 80) The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Thus, though the Court retains jurisdiction to enforce the settlement agreement, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

    Dated: **July 10, 2019**                **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE